Receipt # 11090785
10/25/10  $ 2.32

## C. BRUCE LAWRENCE, TRUSTEE-IN-BANKRUPTCY
2400 Chase Square
Rochester, New York 14604
Telephone: (585) 232-5300 x256
Facsimile: (585) 238-9056
Email: cblawrence@boylanbrown.com

Sandra J. Ciaccia, Legal Assistant
Telephone: (585) 232-5300 x262
Facsimile: (585) 238-9062
Email: sjc@boylanbrown.com

October 22, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:    **Brett and Carrie Baldwin / Case #09-21919**
             **Request to Deposit ~~Unclaimed Funds~~ Rule 3010 (a)**
             **into the United States Treasury**

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $3.23. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as ~~"unclaimed funds."~~ "Rule 3010(a)." ~~I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).~~

**Claimant:** Q-Dental - Penfield      **Amount:** $2.32      **Claims Register:** #14

C. Bruce Lawrence



Case 2-09-21919-JCN   Doc 53   Filed 10/25/10   Entered 10/26/10 13:03:32   Desc Main
Document   Page 1 of 2

**DIVIDENDS REMITTED TO THE COURT**

Case Number 09-21919 - BALDWIN, BRETT A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Q-Dental Group - Penfield**<br>43 Willow Pond Way Suite 107<br>Penfield, NY 14526 | 000014 | 33.33 | 2.32 |
| ---------- Remittance Total --------------- | | 33.33 | 2.32 |

*[signature]*
C. BRUCE LAWRENCE, Trustee